ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA DEVI,<br><br>Plaintiff,<br><br>v.<br><br>USCIS et al.<br><br>Defendants. | CASE NO. 2:26-CV-01837-DJC-JDP<br><br>STIPULATION FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating her filing of Form I-485, Application to Adjust Status under the Immigration and Nationality Act ("I-485 Petition"). Plaintiff served the current complaint on May 22, 2026, making the deadline for Defendants to respond July 21, 2026. USCIS conducted an interview of Plaintiff on June 30. The agency is diligently working on adjudication but an additional ninety (90) days is needed to reach a determination. USCIS commits to adjudicate Plaintiff's petition within this period, absent unforeseen circumstances. Given this status, the parties wish to extend the current deadline for approximately ninety (90) days to and including September 3, 2026. The parties further ask the Court to similarly extend any other deadlines and proceedings.

Based on the foregoing, the new date for Defendants to file an answer or other dispositive pleading is September 3, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: July 21, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Robert B. Jobe (as authorized on July 21, 2026)*
ROBERT B. JOBE
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: July 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE