ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA DEVI,<br><br>Plaintiff,<br><br>v.<br><br>USCIS et al.<br><br>Defendants. | CASE NO. 2:26-CV-01837-DJC-JDP<br><br>AMENDED STIPULATION FOR EXTENSION OF TIME NUNC PRO TUNC |

On July 21, 2026, the parties filed a Stipulation jointly seeking to extend the deadline for Defendants to respond to the Complaint in this action for a period of ninety days. ECF 8. The Court granted this request on July 22nd. ECF 9. It has come to the attention of the parties that, while the Stipulation requested the deadline to be extended for ninety days, the Proposed Order stated an incorrect extension date. Accordingly, the parties now file, nunc pro tunc, this Amended Stipulation that includes a Proposed Order extending the original July 21, 2026 deadline for ninety days to and including October 19, 2026. This request is based on the facts stated in the original Stipulation; specifically, USCIS conducted an interview of Plaintiff on June 30. The agency is diligently working on adjudication but an additional ninety (90) days is needed to reach a determination. USCIS commits to adjudicate Plaintiff's petition within this period, absent unforeseen circumstances.

Accordingly, the parties come now and stipulate, nunc pro tunc, that the July 21, 2026 original deadline for Defendants to respond to the Complaint be extended for approximately ninety (90) days to

and including October 19, 2026. The parties further ask the Court to similarly extend any other deadlines and proceedings.

Based on the foregoing, the new date for Defendants to file an answer or other dispositive pleading is October 19, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: July 27, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Robert B. Jobe (as authorized on July 27, 2026)*
ROBERT B. JOBE
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: July 27, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE